FILED
CLERK, U.S. DISTRICT COURT
SEP - 8 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>YSIDRO BARAJAS,<br><br>　　　　　　Defendant. | Case No. 2:09-CR-00939-GW-42<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

　　　　A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

　　　　B. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on: *nature of current allegations; nature of defendant's prior criminal history; history of substance abuse; and the existence of new criminal charges based on activity occurring while under supervision suggest lack of amenability to compliance with supervision.*

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: 9/8/2020

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2